| | **Information to identify the case:** | |
|---|---|---|
| Debtor 1 | **Christopher Wayne Gartman** | Social Security number or ITIN **xxx–xx–6193** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Southern District of Alabama** | Date case case filed for chapter **7   10/13/16** |
| Case number: | **16–03569** | |

Official Form 309A (For Individuals or Joint Debtors)  **Judge:**   JERRY C. OLDSHUE

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

---

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Christopher Wayne Gartman | |
| 2. | **All other names used in the last 8 years** | dba DDR Motors | |
| 3. | **Address** | 2131 Sheffield Court<br>Mobile, AL 36693 | |
| 4. | **Debtor's attorney**<br>Name and address | Mary Elizabeth Snow<br>2505 River Forest Drive<br>Mobile, AL 36605 | Contact phone: (251) 709–1803<br>Email:  me_snow@bellsouth.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Denise I. Littleton<br>312–T Schillinger Road S., Box 415<br>Mobile, AL 36608 | Contact phone: 251 304–0070<br>Email:  diltrustee@bellsouth.net |

**For more information, see page 2 >**

| 6. **Bankruptcy clerk's office** | 201 St Louis Street | Hours open: 8:30 AM to 4:30 PM M–F – Bring Photo ID – No Electronics Allowed in Courthouse |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Mobile, AL 36602 | Contact phone: (251) 441–5391 |
|  |  | Date: 10/13/16 |
| 7. **Meeting of creditors** | **November 7, 2016 at 08:30 AM** | Location: |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Courtroom 2C, 113 St. Joseph Street, Mobile, AL 36602** |
| 8. **Presumption of abuse** | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline:** 1/6/17 |
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
|  | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                                 page **2**

Case 16-03569    Doc 4    Filed 10/15/16    Entered 10/15/16 23:40:53    Desc Imaged
                        Certificate of Notice    Page 2 of 3

In re:                                                                    Case No. 16-03569-JCO
Christopher Wayne Gartman                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1128-1    User: admin              Page 1 of 1          Date Rcvd: Oct 13, 2016
                        Form ID: 309A            Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 15, 2016.
db             +Christopher Wayne Gartman,    2131 Sheffield Court,    Mobile, AL 36693-2905
3037407         Alabama Credit Corporation,    116 E 1-65 Service Rd,    Mobile, AL  36607
3037409         Azalea City Credit Union,    22116 Highway 42,    Calvert, AL  36560
3037410         Haverty's,    4013 Airport Blvd,    Mobile, AL  36608-2201
3037411         Internal Revenue Service,    PO Box 2112,    Philadelphia, PA  19103-0112
3037412         John V. Lee, Esq.,    PO Box 2533,    Mobile, AL  36652-2533
3037413         Manheim Auctions,    6325 Peachtree Dunwoody Rd,    Atlanta, GA  30328-4545
3037414         Navigator Credit Union,    2721 Jersey St,    Pascagoula, MS  39568
3037416         Nextgear Capital,    1320 City Center Dr Ste 100,    Carmel, IN  46032-3816
3037417         Parkside @ Cottage Hill Apartments,    3220 Cottage Hill Rd,    Mobile, AL  36606-3026
3037420         United Auto Credit,    4054 Willow Lake Blvd Ste 2071,    Memphis, TN  38118-7045
3037421         Wells Fargo Bank,    2745 Government Blvd,    Mobile, AL  36606-2618
3037422         Westlake Flooring Services,    4751 Wilshire Blvd Ste 100,    Los Angeles, CA  90010-3847
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: me_snow@bellsouth.net Oct 14 2016 02:33:14     Mary Elizabeth Snow,
                 2505 River Forest Drive,    Mobile, AL  36605
tr             +EDI: QDILITTLETON.COM Oct 14 2016 02:28:00      Denise I. Littleton,
                 312-T Schillinger Road S., Box 415,    Mobile, AL 36608-5000
3037406         E-mail/Text: amscbankruptcy@adt.com Oct 14 2016 02:34:30      ADT,   3190 S Vaughn Way,
                 Aurora, CO  80014-3512
3037408         EDI: HNDA.COM Oct 14 2016 02:28:00      American Honda Finance,   PO Box 105027,
                 Atlanta, GA  30348-5027
3037415         E-mail/Text: collections@newhcu.org Oct 14 2016 02:34:28     New Horizons Credit Union,
                 1610 Government St,    Mobile, AL  36604-1102
3037418        +E-mail/Text: bankruptcy@regionalmanagement.com Oct 14 2016 02:33:25      Regional Finance,
                 6345 Airport Blvd,    Mobile, AL 36608-3127
3037419         EDI: ALDEPREV.COM Oct 14 2016 02:28:00      State of Alabama Dept of Revenue,   50 N Ripley St,
                 Montgomery, AL  36130-1001
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2016                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 13, 2016 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0