IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| CHRISTOPHER WAYNE GARTMAN, | * | CASE NO. 16-3569 |
| | * | |
| Debtors. | * | |

## MOTION TO EXTEND TIME TO FILE SCHEDULES

COMES NOW the Debtor, by and through his undersigned attorney of record, MARY ELIZABETH SNOW, and herewith files this Motion to Extend Time to file Schedules in the above styled matter, and shows unto this Honorable Court as follows:

1. Debtors request additional time to file the Schedules due to the fact Counsel is still waiting for tax returns to complete them.
2. Debtors said they should have them by the end next week.

WHEREORE, Debtor respectfully request that this Honorable Court grant his Motion to Extend Time to File Schedules and for such other, further or different relief, both general, special or otherwise to which they may be entitled to receive, the premises considered.

Done this the 26th day of October 2016.

Respectfully submitted,

/s/ Mary Elizabeth Snow
MARY ELIZABETH SNOW
As Attorney for the Debtor

I declare under Penalty of Perjury that I have read the above Statement and it is true and correct to the best of my knowledge, information and belief.

/s/ Christopher Wayne Gartman
Christopher Wayne Gartman