Form oxtfsched

# UNITED STATES BANKRUPTCY COURT
## Southern District of Alabama

In Re: Christopher Wayne Gartman   Case No.: 16–03569

Debtor(s)

## *ORDER EXTENDING TIME TO FILE SCHEDULES*

This matter is before the Court on Debtor's motion for extension of time to file schedules. The Court believes the motion should be granted.

It is ORDERED that the motion for extension of time to file schedules is GRANTED and the schedules are to be filed on or before 11/10/2016 .

Dated:   10/27/16

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE