Form oxtfsched

# UNITED STATES BANKRUPTCY COURT
Southern District of Alabama

In Re: Christopher Wayne Gartman

Case No.: 16–03569

Debtor(s)

## *ORDER EXTENDING TIME TO FILE SCHEDULES*

This matter is before the Court on Debtor's motion for extension of time to file schedules. The Court believes the motion should be granted.

It is ORDERED that the motion for extension of time to file schedules is GRANTED and the schedules are to be filed on or before 11/10/2016 .

Dated: 10/27/16

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE

```
                           United States Bankruptcy Court
                             Southern District of Alabama
```

In re:                                                              Case No. 16-03569-JCO
Christopher Wayne Gartman                                           Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 1128-1            User: carver              Page 1 of 1              Date Rcvd: Oct 27, 2016
                                Form ID: oextddl          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2016.
db             +Christopher Wayne Gartman,   2131 Sheffield Court,   Mobile, AL 36693-2905

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2016 at the address(es) listed below:
              Denise I. Littleton    diltrustee@bellsouth.net, dlittleton@ecf.epiqsystems.com
              Mary Elizabeth Snow    on behalf of Debtor 1 Christopher Wayne Gartman me_snow@bellsouth.net,
               G25472@notify.cincompass.com
                                                                                             TOTAL: 2