# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In Re: | § | Chapter 7 |
| | § | |
| Christopher Wayne Gartman, | § | |
| | § | |
| Debtor. | § | Case No. 16-03569 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
## BY COUNSEL FOR NEXTGEAR CAPITAL, INC.

Please take notice that pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby enters his appearance as counsel for NextGear Capital, Inc., a party in interest in the above-styled bankruptcy proceeding.

Please take further notice that pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests that all notices and papers specified by Rule 2002 and Rule 9010 of the Federal Rules of Bankruptcy Procedure, and all other notices given or required to be given in this case be given and served upon:

> Herbert M. Newell
> Newell & Holden, LLC
> 2117 Jack Warner Parkway, Suite 5
> Tuscaloosa, Alabama  35401
> (205) 343-0340 (Telephone)
> hnewell@newell-law.com (Electronic mail)

The foregoing request includes, without limitation, all notices, orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other documents or items of correspondence brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, telephone, telegraph, telex, or otherwise.

Dated this the 4th day of November 2016.

/s/ Herbert M. Newell, III.
Herbert M. Newell, III.
Attorney for NextGear Capital, Inc.

OF COUNSEL:

Newell & Holden LLC
Attorneys at Law

2117 Jack Warner Parkway, Suite 5
Tuscaloosa, Alabama 35401
Telephone (205) 343-0340
Facsimile (205) 343-2060
www.newell-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day a copy of was served electronically or by regular United States mail to all interested parties, the Bankruptcy Administrator, and all creditors listed on the matrix in this case.

      Dated this the 4th day of November 2016.

                                          /s/ Herbert M. Newell, III.
                                          Of Counsel