## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

In re **Christopher Wayne Gartman**

CASE NO. **16-03569**

Debtor(s)

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Please take notice that William M. Doyle hereby enters an appearance as attorney for **Navigator Credit Union** , a party in interest in the captioned bankruptcy case. The undersigned attorney hereby enters his appearance pursuant to 11 U.S.C. § 1109(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), and (f) and 3017(a) including without limitation, all proposed disclosure statements and plans of reorganization. All such notices should be addressed as follows:

William M. Doyle
2252-C Government St.
Mobile, AL 36606

Email: doylewilliam@bellsouth.net

And, in addition, all such documents should be addressed to my client as follows:

**Navigator Credit Union
P.O. Box 1647
Pascagoula, Ms 39568**

Please take further notice that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, email, facsimile, hand delivery, telephone, telegraph, telex, telecopy or otherwise filed with regard to the above case and proceedings therein.

RESPECTFULLY REQUESTED this the **18** day of **November** , 20 **16** .

s/ William M. Doyle
WILLIAM M. DOYLE
Attorney for Movant

Of Counsel:
**GULF COAST LEGAL, LLC**
2252-C Government Street
Mobile, AL 36606
(251) 473-1449