| | | |
|---|---|---|
| Label Matrix for local noticing<br>1128-1<br>Case 16-03569<br>Southern District of Alabama<br>Mobile<br>Fri Dec  2 15:27:05 CST 2016 | ADT<br>3190 S Vaughn Way<br>Aurora, CO  80014-3512 | Alabama Credit Corporation<br>116 E 1-65 Service Rd<br>Mobile, AL  36607 |
| (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | Azalea City Credit Union<br>22116 Highway 42<br>Calvert, AL  36560 | Karen Blair<br>Blair Auto Sales, Inc.<br>109 Forida St.<br>East Brewton, AL 36426-2542 |
| William M. Doyle<br>2252 Government Street<br>Suite C<br>Mobile, AL 36606-1605 | Christopher Wayne Gartman<br>2131 Sheffield Court<br>Mobile, AL 36693-2905 | Haverty's<br>4013 Airport Blvd<br>Mobile, AL  36608-2201 |
| Herbert M. Newell, III<br>Attorney for NextGear Capital Inc.<br>2117 Jack Warner Pkwy, Suite 5<br>Tuscaloosa, Alabama 35401-1093 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Internal Revenue Service<br>PO Box 2112<br>Philadelphia, PA  19103-0112 |
| John V. Lee, Esq.<br>PO Box 2533<br>Mobile, AL  36652-2533 | Denise I. Littleton<br>312-T Schillinger Road S., Box 415<br>Mobile, AL 36608-5000 | Manheim Auctions<br>6325 Peachtree Dunwoody Rd<br>Atlanta, GA  30328-4545 |
| Navigator Credit Union<br>P.O. Box 1647<br>Pascagoula, MS 39568-1647 | Navigator Credit Union<br>2721 Jersey St<br>Pascagoula, MS  39568 | New Horizons Credit Union<br>1610 Government St<br>Mobile, AL  36604-1102 |
| Herbert M. Newell III<br>Newell & Holden, LLC<br>2117 Jack Warner Pkwy<br>Suite 5<br>Tuscaloosa, AL 35401-1093 | NextGear Capital, Inc.<br>ATTN: Kathryn Benfield<br>1320 City Center Drive<br>Suite 100<br>Carmel, IN 46032-3816 | Nextgear Capital<br>1320 City Center Dr Ste 100<br>Carmel, IN  46032-3816 |
| Parkside @ Cottage Hill Apartments<br>3220 Cottage Hill Rd<br>Mobile, AL  36606-3026 | Regional Finance<br>6345 Airport Blvd<br>Mobile, AL 36608-3127 | Mary Elizabeth Snow<br>2505 River Forest Drive<br>Mobile, AL 36605-4438 |
| State of Alabama Dept of Revenue<br>50 N Ripley St<br>Montgomery, AL  36130-1001 | (p)U S SECURITIES AND EXCHANGE COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 | United Auto Credit<br>4054 Willow Lake Blvd Ste 2071<br>Memphis, TN  38118-7045 |
| Wells Fargo Bank<br>2745 Government Blvd<br>Mobile, AL  36606-2618 | Westlake Flooring Services<br>4751 Wilshire Blvd Ste 100<br>Los Angeles, CA  90010-3847 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


American Honda Finance                    US SECURITIES AND EXCHANGE COMMISSION
PO Box 105027                             E GORDON ROBINSON, CHIEF
Atlanta, GA  30348-5027                   BRANCH OF REORGANIZATION
                                          ATLANTA REGIONAL OFFICE, SUITE 1000
                                          3475 LENOX ROAD NE
                                          ATLANTA, GA 30326-1232



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.



(d)Navigator Credit Union                 End of Label Matrix
P.O. Box 1647                             Mailable recipients    28
Pascagoula, MS 39568-1647                 Bypassed recipients     1
                                          Total                  29