Form Number LR 4001-1 A (07/10)

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
_____ DIVISION

**In re:**                                              }   **Case No.**
                                                        }   **Chapter**
                                                        }
                                                        }
**Debtor(s)**                                           }

## FACT SUMMARY SHEET FOR MOTION FOR RELIEF FROM AUTOMATIC STAY OR FOR ADEQUATE PROTECTION IN CHAPTER 7 AND 13 CASES

Type of Loan/Credit Transaction: _____   Date of Loan/Credit Transaction_____

Type of Collateral: _____   Monthly Payment:_____

Amount Financed: _____   APR or Interest Rate: _____

Term of Loan: _____ months or _____ years

Payoff Amount: _____ as of _____ (Date)

Value of Collateral and Basis: _____ (Value) as of _____ (Date) and _____ (Basis)

Address of real property: _____

Delinquent Pre-Petition Payments:   What Month(s)? _____
                                    Amount?        _____
                                    Claim filed?   _____ Yes         _____ No
                                    Date claim filed: _____   Claim Number _____

Number of Months of Pre-Petition Payment Default Put into Debtor's Chapter 13 Plan: _____

Delinquent Post-Petition Payments:   What Month(s)?                 _____
                                     Amount of mortgage payments?   _____
                                     Late Charges?                  _____
                                     Court Costs / Attorney's fees? _____
                                     Total Amount Due               _____
                                     Claim filed?                   _____ Yes   _____ No
                                     Date claim filed:              _____ Claim Number _____

Number of Post-Petition Payments Received (Not How Applied):         _____
Number of Post-Petition Payments Held by Creditor but Not Applied to Debt:   _____
Number of Post-Petition Payments Returned by Creditor to Debtor:     _____

If Lease, Lease Expiration Date:       _____
If Terminated, Lease Termination Date: _____

Insurer of Collateral: _____
Term of Insurance:    _____ (Expiration Date)

Prior Stay Order(s) Involving Movant, Including Current Case: _____ Yes    _____ No
                                                               If yes, give case number(s) and date(s) of order(s)
                                                               Case No.: _____ Date: _____
                                                               Case No.: _____ Date: _____
                                                               Case No.: _____ Date: _____

Debtor's Statement of Intention: _____

Date: _____    Submitted by: _____
                                                    (signature)

Case 16-03569    Doc 19    Filed 12/02/16    Entered 12/02/16 15:48:04    Desc Main
                    Document      Page 1 of 1