Form notrfs 2/11

# United States Bankruptcy Court
Southern District of Alabama

Case No. 16–03569
**Chapter** 7

In re:

Christopher Wayne Gartman
dba DDR Motors
2131 Sheffield Court
Mobile, AL 36693
Social Security No.:
xxx–xx–6193

## NOTICE OF HEARING ON RELIEF FROM STAY MOTION
## AND ORDER EXTENDING THE AUTOMATIC STAY

A hearing will be held in Courtroom No. 1 of the United States Bankruptcy Court, 201 St. Louis Street, Mobile, Alabama on:

**Date:** 12/13/16

**Time:** 09:30 AM

**Matter:** *18* – Motion for Relief from Stay with Certificate of Service. Fee Amount is $181.00 Filed by Herbert M. Newell III on behalf of NextGear Capital, Inc.. (Attachments: # 1 Certificate of Service) (Newell, Herbert)

The hearing will be a final hearing unless the Court rules otherwise for cause. All affidavits or other pleadings shall be provided to all adverse parties three (3) days prior to the hearing.

It is ORDERED that the stay provided by 11 U.S.C.§ 362 will remain in effect as to this matter until a final order is entered.

A MOTION WILL BE DISMISSED BY THE COURT IF THE MOVANT DOES NOT APPEAR AT THIS HEARING OR NOTIFY THE COURT AT LEAST ONE (1) DAY IN ADVANCE OF ANY AGREEMENT REACHED WITH ALL OTHER AFFECTED PARTIES BY CONTACTING angie_jemison@alsb.uscourts.gov . MOVANT'S COUNSEL MUST REPRESENT TO THE COURT THAT ALL AFFECTED PARTIES HAVE BEEN NOTIFIED OF, AND CONSENT TO, THE AGREEMENT.

Debtor(s) should contact their counsel, if represented, one (1) day prior to hearing date to confirm the location, date, and time of the hearing.

Dated: 12/5/16

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE

\* Please be advised that cellular phones are not permitted within Federal Courthouses without proper authorization.
\*\* A valid ID is required for entry into the courthouse.