Form notrfs 2/11

# United States Bankruptcy Court
## Southern District of Alabama

Case No. 16–03569
**Chapter** 7

In re:

Christopher Wayne Gartman
dba DDR Motors
2131 Sheffield Court
Mobile, AL 36693

Social Security No.:
xxx–xx–6193

## NOTICE OF HEARING ON RELIEF FROM STAY MOTION
## AND ORDER EXTENDING THE AUTOMATIC STAY

A hearing will be held in Courtroom No. 1 of the United States Bankruptcy Court, 201 St. Louis Street, Mobile, Alabama on:

**Date:** 12/13/16

**Time:** 09:30 AM

**Matter:** 18 – Motion for Relief from Stay with Certificate of Service. Fee Amount is $181.00 Filed by Herbert M. Newell III on behalf of NextGear Capital, Inc.. (Attachments: # 1 Certificate of Service) (Newell, Herbert)

The hearing will be a final hearing unless the Court rules otherwise for cause. All affidavits or other pleadings shall be provided to all adverse parties three (3) days prior to the hearing.

It is ORDERED that the stay provided by 11 U.S.C.§ 362 will remain in effect as to this matter until a final order is entered.

A MOTION WILL BE DISMISSED BY THE COURT IF THE MOVANT DOES NOT APPEAR AT THIS HEARING OR NOTIFY THE COURT AT LEAST ONE (1) DAY IN ADVANCE OF ANY AGREEMENT REACHED WITH ALL OTHER AFFECTED PARTIES BY CONTACTING angie_jemison@alsb.uscourts.gov . MOVANT'S COUNSEL MUST REPRESENT TO THE COURT THAT ALL AFFECTED PARTIES HAVE BEEN NOTIFIED OF, AND CONSENT TO, THE AGREEMENT.

Debtor(s) should contact their counsel, if represented, one (1) day prior to hearing date to confirm the location, date, and time of the hearing.

Dated: 12/5/16

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE

\* **Please be advised that cellular phones are not permitted within Federal Courthouses without proper authorization.**
\*\* **A valid ID is required for entry into the courthouse**.

```
                        United States Bankruptcy Court
                         Southern District of Alabama
```

In re:                                                          Case No. 16-03569-JCO
Christopher Wayne Gartman                                       Chapter 7
       Debtor                      **CERTIFICATE OF NOTICE**

District/off: 1128-1           User: carver              Page 1 of 1              Date Rcvd: Dec 05, 2016
                               Form ID: notrfs           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2016.
db             +Christopher Wayne Gartman,    2131 Sheffield Court,    Mobile, AL 36693-2905
3037416         Nextgear Capital,    1320 City Center Dr Ste 100,    Carmel, IN 46032-3816

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2016 at the address(es) listed below:
              Denise I. Littleton    diltrustee@bellsouth.net, dlittleton@ecf.epiqsystems.com
              Herbert M. Newell, III    on behalf of Creditor    NextGear Capital, Inc. hnewell@newell-law.com,
               bnewton@newell-law.com;jlayne@newell-law.com
              Mary Elizabeth Snow    on behalf of Debtor 1 Christopher Wayne Gartman me_snow@bellsouth.net,
               G25472@notify.cincompass.com
              William M. Doyle    on behalf of Creditor    Navigator Credit Union doylewilliam@bellsouth.net,
               kbbackup@bellsouth.net
                                                                                             TOTAL: 4