IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

EHJ # 21600

In re:

Christopher Wayne Gartman,

Debtor.

Case No. 16-03569-JCO7

Chapter 7

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), the undersigned hereby enters and gives notice of his appearance for Westlake Flooring Company, LLC, d/b/a Westlake Flooring Services, ("Westlake Flooring"), and Westlake Services, LLC, d/b/a Westlake Financial Services, ("Westlake Services"), Creditors of the above named Debtor. All parties are requested to take notice of this appearance and, in accordance with Bankruptcy Rule 2002 and 3017, serve copies of any and all original and amended notices, pleadings, plan, reports and/or documents of any kind filed in this bankruptcy upon the undersigned.

The undersigned respectfully requests, pursuant to Bankruptcy Rule 2002(g), that the following be added to the mailing matrix:

Alto Lee Teague, IV
Engel, Hairston and Johanson, P.C.
P.O. Box 11405
Birmingham, Alabama 35202
205-328-4600 (telephone)
205-328-4698 (facsimile)

/s/ Alto Lee Teague, IV
Alto Lee Teague, IV
Attorney for Creditor

**OF COUNSEL:**
Engel, Hairston & Johanson, P.C.
P.O. Box 11405
Birmingham, AL 35202
205-328-4600

## CERTIFICATE OF SERVICE

      I hereby certify that I have provided a copy of the above and foregoing instrument via ECF to the following attorneys/parties of record listed below on this the 5th day of December, 2016.

                              */s/ Alto Lee Teague, IV*

Denise I. Littleton
312-T Schillinger Road S., Box 415
Mobile, AL 36608
diltrustee@bellsouth.net

Mary Elizabeth Snow
2505 River Forest Drive
Mobile, AL 36605
me_snow@bellsouth.net