# United States Bankruptcy Court
Southern District of Alabama

**Case No.** 16–03569
**Chapter** 7

In re:

Christopher Wayne Gartman
dba DDR Motors
2131 Sheffield Court
Mobile, AL 36693

Social Security No.:
xxx–xx–6193

## NOTICE TO CHAPTER 7 DEBTOR(S) REGARDING
## FINANCIAL MANAGEMENT COURSE REQUIREMENT FOR DISCHARGE

    In order to receive a Chapter 7 discharge (release from debt), you must complete a **Personal Financial Management Course and file a form (Bankruptcy Form 423)** showing that you have done so. This personal financial management course is different from the credit counseling course you took when you first filed bankruptcy.

    The court's website (www.alsb.uscourts.gov) has a list of online course providers; on the site, go to "Bankruptcy Administrator's Approved List of Financial Management Course Providers." You can take the course in person or online and then complete Form 423 showing you have done so. Form 423 is available on the court website listed above; go to "Forms", then "Frequently Used and Local Forms." You will need the name of the course provider, the date you took the course, and your certificate number.

    **If you are represented by an attorney, contact him or her right away about satisfying this course requirement and getting the Form 423 filed.**

    You have sixty days from the date first set for your meeting of creditors to complete the financial management course and file the Form 423.

    **Your Form 423 must be filed on or before: 1/30/17**

    Unless the Court waives the requirement because of special circumstances, **if you do not complete the requirement, your bankruptcy case will be closed without your receiving a discharge.** If that occurs, in order to receive a discharge you must file a motion to reopen your case and pay an additional filing fee.

**Dated:** December 27, 2016            **LEONARD N. MALDONADO**
                                             **CLERK, U.S. BANKRUPTCY COURT**