IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| CHRISTOPHER WAYNE GARTMAN | * | CASE NUMBER |
| Debtor. | * | 16-03569-JCO-7 |
| | * | |

MOTION TO DISMISS

Pursuant to 11 U.S.C. 707 (a)(1) and (3), the U.S. Bankruptcy Administrator for the Southern District of Alabama hereby moves the Court to enter an order dismissing this case, and in support thereof states that the Debtor has failed to appear for his 341 meeting of creditors on the originally scheduled date, November 7, 2016 and three subsequent adjourned dates thereafter.

WHEREFORE, Movant requests that the Court, after notice and a hearing, enter an order dismissing this case, and grant such other and further relief as is just.

Dated: December 28, 2016

Mark S. Zimlich
Bankruptcy Administrator

By: /s/ W. Alexander Gray Jr.

W. Alexander Gray Jr., Attorney
113 St Joseph St Suite 502
Mobile, Alabama 36602
(251) 441-5434

CERTIFICATE OF SERVICE

I hereby certify that I have this date served a true and correct copy of the foregoing motion on the Debtor, **Christopher Wayne Gartman** 2131 Sheffield Court Mobile, AL 36693, by depositing same in the United States mail, properly addressed, with postage prepaid, and the Trustee, Lynn H. Andrews, and Debtor's attorney, Mary Elizabeth Snow, via the Court's electronic notice system.

/s/ W. Alexander Gray Jr.
W. Alexander Gray Jr.