## UNITED STATES BANKRUPTCY COURT
Southern District of Alabama

Bankruptcy Proceeding No.: 16–03569
Chapter: 7
Judge: JERRY C. OLDSHUE

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher Wayne Gartman
   dba DDR Motors
   2131 Sheffield Court
   Mobile, AL 36693

### *NOTICE OF HEARING*

A hearing will be held in Courtroom 1 of the U. S. Bankruptcy Court, 201 St. Louis St., Mobile, AL on:

Date: 1/31/17

Time: 09:30 AM

Matter:

*26* – Motion to Dismiss Case Failure to attend 341 Filed by Mark Zimlich of U.S. Bankruptcy Administrator on behalf of Mark S Zimlich. (Gray, Alec)

A MOTION WILL BE DISMISSED BY THE COURT IF THE MOVANT DOES NOT APPEAR AT THIS HEARING OR NOTIFY THE COURT AT LEAST ONE (1) DAY IN ADVANCE OF ANY AGREEMENT REACHED WITH ALL OTHER AFFECTED PARTIES BY CONTACTING ANGIE JEMISON AT <angie_jemison@alsb.uscourts.gov>. MOVANT'S COUNSEL MUST REPRESENT TO THE COURT THAT ALL AFFECTED PARTIES HAVE BEEN NOTIFIED OF, AND CONSENT TO, THE AGREEMENT.

Dated: 12/28/16

LEONARD N. MALDONADO
CLERK OF COURT

BY ANGIE JEMISON
DEPUTY CLERK