# United States Bankruptcy Court
Southern District of Alabama

Case No. 16–03569
**Chapter** 7

In re:

Christopher Wayne Gartman
dba DDR Motors
2131 Sheffield Court
Mobile, AL 36693

Social Security No.:
xxx–xx–6193

**NOTICE TO CHAPTER 7 DEBTOR(S) REGARDING
FINANCIAL MANAGEMENT COURSE REQUIREMENT FOR DISCHARGE**

    In order to receive a Chapter 7 discharge (release from debt), you must complete a **Personal Financial Management Course and file a form (Bankruptcy Form 423)** showing that you have done so. This personal financial management course is different from the credit counseling course you took when you first filed bankruptcy.

    The court's website (www.alsb.uscourts.gov) has a list of online course providers; on the site, go to "Bankruptcy Administrator's Approved List of Financial Management Course Providers." You can take the course in person or online and then complete Form 423 showing you have done so. Form 423 is available on the court website listed above; go to "Forms", then "Frequently Used and Local Forms." You will need the name of the course provider, the date you took the course, and your certificate number.

    **If you are represented by an attorney, contact him or her right away about satisfying this course requirement and getting the Form 423 filed.**

    You have sixty days from the date first set for your meeting of creditors to complete the financial management course and file the Form 423.

    **Your Form 423 must be filed on or before: 1/30/17**

    Unless the Court waives the requirement because of special circumstances, **if you do not complete the requirement, your bankruptcy case will be closed without your receiving a discharge.** If that occurs, in order to receive a discharge you must file a motion to reopen your case and pay an additional filing fee.

**Dated:** December 27, 2016            **LEONARD N. MALDONADO
CLERK, U.S. BANKRUPTCY COURT**

```
                           United States Bankruptcy Court
                            Southern District of Alabama
In re:                                                            Case No. 16-03569-JCO
Christopher Wayne Gartman                                         Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 1128-1          User: phefferna              Page 1 of 1           Date Rcvd: Dec 27, 2016
                              Form ID: finmgmt             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2016.
db             +Christopher Wayne Gartman,    2131 Sheffield Court,    Mobile, AL 36693-2905

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2016                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2016 at the address(es) listed below:
              Alto Lee Teague    on behalf of Creditor    Westlake Flooring Company d/b/a Westlake Financial
               Services LTeague@EHJLAW.com
              Denise I. Littleton    diltrustee@bellsouth.net, dlittleton@ecf.epiqsystems.com
              Herbert M. Newell, III    on behalf of Creditor    NextGear Capital, Inc. hnewell@newell-law.com,
               bnewton@newell-law.com;jlayne@newell-law.com
              Mary Elizabeth Snow    on behalf of Debtor 1 Christopher Wayne Gartman me_snow@bellsouth.net,
               G25472@notify.cincompass.com
              William M. Doyle    on behalf of Creditor    Navigator Credit Union doylewilliam@bellsouth.net,
               kbbackup@bellsouth.net
                                                                                             TOTAL: 5