Form ntchrgbk 03/06

# UNITED STATES BANKRUPTCY COURT
## Southern District of Alabama

Bankruptcy Proceeding No.: 16–03569
Chapter: 7
Judge: JERRY C. OLDSHUE

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher Wayne Gartman
   dba DDR Motors
   2131 Sheffield Court
   Mobile, AL 36693

## *NOTICE OF HEARING*

A hearing will be held in Courtroom 1 of the U. S. Bankruptcy Court, 201 St. Louis St., Mobile, AL on:

Date: 1/31/17

Time: 09:30 AM

Matter:

*26* – Motion to Dismiss Case Failure to attend 341 Filed by Mark Zimlich of U.S. Bankruptcy Administrator on behalf of Mark S Zimlich. (Gray, Alec)

A MOTION WILL BE DISMISSED BY THE COURT IF THE MOVANT DOES NOT APPEAR AT THIS HEARING OR NOTIFY THE COURT AT LEAST ONE (1) DAY IN ADVANCE OF ANY AGREEMENT REACHED WITH ALL OTHER AFFECTED PARTIES BY CONTACTING ANGIE JEMISON AT <angie_jemison@alsb.uscourts.gov>. MOVANT'S COUNSEL MUST REPRESENT TO THE COURT THAT ALL AFFECTED PARTIES HAVE BEEN NOTIFIED OF, AND CONSENT TO, THE AGREEMENT.

Dated: 12/28/16

                                        LEONARD N. MALDONADO
                                        CLERK OF COURT

                                        BY ANGIE JEMISON
                                        DEPUTY CLERK

```
                          United States Bankruptcy Court
                           Southern District of Alabama
```

In re:                                                              Case No. 16-03569-JCO
Christopher Wayne Gartman                                           Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 1128-1      User: jemison      Page 1 of 1      Date Rcvd: Dec 28, 2016
                      Form ID: ntchrgBK     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2016.
```
db             +Christopher Wayne Gartman,    2131 Sheffield Court,    Mobile, AL 36693-2905
cr              Navigator Credit Union,    P.O. Box 1647,    Pascagoula, MS  39568-1647
cr             +NextGear Capital, Inc.,    ATTN: Kathryn Benfield,    1320 City Center Drive,    Suite 100,
                 Carmel, IN 46032-3816
cr             +Westlake Flooring Company d/b/a Westlake Financial,    Engel, Hairston & Johanson, P.C.,
                 Attn: Alto Lee Teague, IV,    P.O. Box 11405,    Birmingham, AL 35202-1405
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2016                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2016 at the address(es) listed below:
```
              Alto Lee Teague    on behalf of Creditor    Westlake Flooring Company d/b/a Westlake Financial
               Services LTeague@EHJLAW.com
              Denise I. Littleton    diltrustee@bellsouth.net, dlittleton@ecf.epiqsystems.com
              Herbert M. Newell, III    on behalf of Creditor    NextGear Capital, Inc. hnewell@newell-law.com,
               bnewton@newell-law.com;jlayne@newell-law.com
              Mark  Zimlich    on behalf of BK Administrator Mark S Zimlich mark_zimlich@alsba.uscourts.gov
              Mark S Zimlich    mark_zimlich@alsba.uscourts.gov
              Mary Elizabeth Snow    on behalf of Debtor 1 Christopher Wayne Gartman me_snow@bellsouth.net,
               G25472@notify.cincompass.com
              William M. Doyle    on behalf of Creditor    Navigator Credit Union doylewilliam@bellsouth.net,
               kbbackup@bellsouth.net
                                                                                             TOTAL: 7
```