# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# MOBILE DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 7 |
| | § | |
| Christopher Wayne Gartman, | § | |
| | § | |
| Debtor. | § | Case No. 16-03569 -JCO7 |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Pursuant to §362(d)(1) of the Bankruptcy Code, NextGear Capital, Inc., ("Creditor"), filed a Motion for Relief from Automatic Stay in this case on December 2, 2016 (DOC 18). Counsel for Debtor has stated affirmatively that she has no objection to the entry of an order modifying or lifting the automatic stay in favor of Creditor.

This matter having come before the Court based on the consent of the undersigned, it is hereby ORDERED, ADJUDGED, and DECREED:

The automatic stay imposed by 11 U.S.C. § 362(a) is hereby modified/lifted to permit Creditor to foreclose or otherwise proceed against the following property securing the debt of the Debtor to said Creditor, to wit:

1. All of [Debtor]'s assets and properties wherever located, including, without limitation,

    a. all equipment of any kind or nature;

    b. all vehicles and vehicle parts;

    c. all Inventory owned or acquired, including, without limitation, all [Creditor] Financed Inventory owned or acquired;

d. all amounts in [Debtor]'s Reserve held by or on behalf of [Creditor], if any;

e. all documents, documents of title, deposit accounts, accounts receivable, manufacturer rebates and incentive payments, chattel paper, including, without limitation, all Receivables and general intangibles now owned or hereafter acquired by [Debtor];

f. all cash reserves; all of [Debtor]'s books and records; and all additions, accessions, accessories, replacements, substitutions, and proceeds of any of the foregoing (collectively, the "Collateral")."

A true and accurate copy of the Note and Security Agreement is attached hereto and incorporated herein as "Exhibit A."

2. As of October 19, 2016, the amounts currently due and owing under the Note and Security Agreement total $106,305.70, exclusive of attorneys' fees and costs, with a contract interest rate of 9.5% per annum (the "Indebtedness").

3. On September 13, 2016, Creditor conducted an audit of its Vehicles on Debtor's lot. The following vehicles could not be located or accounted for, and are therefore presumed to be sold out of trust:

| **Vehicle Description** | **VIN** | **Stk #** |
| --- | --- | --- |
| 2005 Mercury SLC | 086640 | 110 |
| 2014 Ford Taurus | 145776 | 113 |
| 2011 Hyundai Sonata | 193374 | 115 |
| 2013 Chrysler 200 | 701347 | 116 |
| 2013 Ford Focus | 178422 | 117 |
| 2014 Hyundai Sonata | 873921 | 119 |
| 2011 Buick regal | 097985 | 120 |
| 2010 Honda CRV | 019645 | 121 |

The following vehicles were repossessed by Creditor and are in its possession:

| Vehicle Description | VIN | Stk # |
|---|---|---|
| 2006 Cadillac DTS | 149178 | 111 |
| 2011 Chevrolet Cruze | 294151 | 112 |
| 2013 Hyundai Accent | 326624 | 118 |
| 2003 Chevrolet Silverado | 196264 | 122 |

4. There is no equity in the Collateral for the bankrupt estate.

Dated: February 2, 2017

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE

This order consented to by:

/s/Herbert M. Newell, III
Herbert M. Newell, III.
Attorney for NextGear Capital, Inc.
Newell & Holden LLC
2117 Jack Warner Parkway, Suite 5
Tuscaloosa, Alabama 35401

/s/Mary Elizabeth Snow
Mary Elizabeth Snow
Attorney for Debtor,
Christopher Wayne Gartman
2505 River Forest Drive
Mobile, Alabama 36605

/s/Denise I. Littleton
Denise I. Littleton
Chapter 7 Trustee
312-T Schillinger Road S., Box 415
Mobile, Alabama 36608