IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| IN RE: | * | |
|---|---|---|
| CHRISTOPHER WAYNE GARTMAN | * | CASE NUMBER |
| Debtor. | * | 16-03569-JCO-7 |
| | * | |

ORDER

This matter having come before the Court on the Motion to Dismiss filed by the U.S. Bankruptcy Administrator for the Southern District of Alabama (doc. 26), and notice having been given, and a hearing held on January 31, 2017, and W. Alexander Gray Jr. having appeared for the Bankruptcy Administrator, and Denise I. Littleton appearing as Trustee, and no one having appeared for the Debtor, and the Court finding that Debtor's failure to appear on numerous occasions for his 341 meeting of creditors constitutes cause for dismissal of this case, it is hereby ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss (doc. 26) is GRANTED, and pursuant to 11 U.S.C. 707(a)(1) & (3), and this case is dismissed with no injunction.

Dated: February 3, 2017

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE