Form ntcdsm

# UNITED STATES BANKRUPTCY COURT

Southern District of Alabama

Case No.: 16–03569
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Christopher Wayne Gartman
dba DDR Motors
2131 Sheffield Court
Mobile, AL 36693

Social Security / Individual Taxpayer ID No.:
xxx–xx–6193

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on 2/3/17.

Dated: 2/3/17

LEONARD N. MALDONADO
Clerk, U.S. Bankruptcy Court

VN
Deputy Clerk Initials