# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# MOBILE DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 7 |
| | § | |
| Christopher Wayne Gartman, | § | |
| | § | |
| Debtor. | § | Case No. 16-03569 -JCO7 |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Pursuant to §362(d)(1) of the Bankruptcy Code, NextGear Capital, Inc., ("Creditor"), filed a Motion for Relief from Automatic Stay in this case on December 2, 2016 (DOC 18). Counsel for Debtor has stated affirmatively that she has no objection to the entry of an order modifying or lifting the automatic stay in favor of Creditor.

This matter having come before the Court based on the consent of the undersigned, it is hereby ORDERED, ADJUDGED, and DECREED:

The automatic stay imposed by 11 U.S.C. § 362(a) is hereby modified/lifted to permit Creditor to foreclose or otherwise proceed against the following property securing the debt of the Debtor to said Creditor, to wit:

1. All of [Debtor]'s assets and properties wherever located, including, without limitation,

    a. all equipment of any kind or nature;

    b. all vehicles and vehicle parts;

    c. all Inventory owned or acquired, including, without limitation, all [Creditor] Financed Inventory owned or acquired;

d. all amounts in [Debtor]'s Reserve held by or on behalf of [Creditor], if any;

e. all documents, documents of title, deposit accounts, accounts receivable, manufacturer rebates and incentive payments, chattel paper, including, without limitation, all Receivables and general intangibles now owned or hereafter acquired by [Debtor];

f. all cash reserves; all of [Debtor]'s books and records; and all additions, accessions, accessories, replacements, substitutions, and proceeds of any of the foregoing (collectively, the "Collateral")."

A true and accurate copy of the Note and Security Agreement is attached hereto and incorporated herein as "Exhibit A."

2. As of October 19, 2016, the amounts currently due and owing under the Note and Security Agreement total $106,305.70, exclusive of attorneys' fees and costs, with a contract interest rate of 9.5% per annum (the "Indebtedness").

3. On September 13, 2016, Creditor conducted an audit of its Vehicles on Debtor's lot. The following vehicles could not be located or accounted for, and are therefore presumed to be sold out of trust:

| Vehicle Description | VIN | Stk # |
|---|---|---|
| 2005 Mercury SLC | 086640 | 110 |
| 2014 Ford Taurus | 145776 | 113 |
| 2011 Hyundai Sonata | 193374 | 115 |
| 2013 Chrysler 200 | 701347 | 116 |
| 2013 Ford Focus | 178422 | 117 |
| 2014 Hyundai Sonata | 873921 | 119 |
| 2011 Buick regal | 097985 | 120 |
| 2010 Honda CRV | 019645 | 121 |

The following vehicles were repossessed by Creditor and are in its possession:

| Vehicle Description | VIN | Stk # |
| --- | --- | --- |
| 2006 Cadillac DTS | 149178 | 111 |
| 2011 Chevrolet Cruze | 294151 | 112 |
| 2013 Hyundai Accent | 326624 | 118 |
| 2003 Chevrolet Silverado | 196264 | 122 |

4. There is no equity in the Collateral for the bankrupt estate.

Dated: February 2, 2017

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE

This order consented to by:

/s/Herbert M. Newell, III
Herbert M. Newell, III.
Attorney for NextGear Capital, Inc.
Newell & Holden LLC
2117 Jack Warner Parkway, Suite 5
Tuscaloosa, Alabama 35401

/s/Mary Elizabeth Snow
Mary Elizabeth Snow
Attorney for Debtor,
Christopher Wayne Gartman
2505 River Forest Drive
Mobile, Alabama 36605

/s/Denise I. Littleton
Denise I. Littleton
Chapter 7 Trustee
312-T Schillinger Road S., Box 415
Mobile, Alabama 36608

3

```
                          United States Bankruptcy Court
                           Southern District of Alabama
```

In re:                                                              Case No. 16-03569-JCO
Christopher Wayne Gartman                                           Chapter 7
         Debtor                      **CERTIFICATE OF NOTICE**

District/off: 1128-1          User: holmes            Page 1 of 1            Date Rcvd: Feb 02, 2017
                              Form ID: pdf1           Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2017.
db          +Christopher Wayne Gartman,    2131 Sheffield Court,    Mobile, AL 36693-2905
cr           Navigator Credit Union,    P.O. Box 1647,    Pascagoula, MS  39568-1647
cr          +NextGear Capital, Inc.,    ATTN: Kathryn Benfield,    1320 City Center Drive,    Suite 100,
              Carmel, IN 46032-3816
cr          +Westlake Flooring Company d/b/a Westlake Financial,    Engel, Hairston & Johanson, P.C.,
              Attn: Alto Lee Teague, IV,    P.O. Box 11405,    Birmingham, AL 35202-1405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2017 at the address(es) listed below:
              Alto Lee Teague    on behalf of Creditor    Westlake Flooring Company d/b/a Westlake Financial
               Services LTeague@EHJLAW.com.
              Denise I. Littleton    diltrustee@bellsouth.net, dlittleton@ecf.epiqsystems.com
              Herbert M. Newell, III    on behalf of Creditor    NextGear Capital, Inc. hnewell@newell-law.com,
               bnewton@newell-law.com;jlayne@newell-law.com
              Mark   Zimlich    on behalf of BK Administrator Mark S Zimlich mark_zimlich@alsba.uscourts.gov
              Mark S Zimlich     mark_zimlich@alsba.uscourts.gov
              Mary Elizabeth Snow    on behalf of Debtor 1 Christopher Wayne Gartman me_snow@bellsouth.net,
               G25472@notify.cincompass.com
              William M. Doyle    on behalf of Creditor    Navigator Credit Union doylewilliam@bellsouth.net,
               kbbackup@bellsouth.net
                                                                                               TOTAL: 7