Form ntcdsm

# UNITED STATES BANKRUPTCY COURT

Southern District of Alabama

Case No.: 16−03569
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher Wayne Gartman
   dba DDR Motors
   2131 Sheffield Court
   Mobile, AL 36693

Social Security / Individual Taxpayer ID No.:
   xxx−xx−6193

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on 2/3/17.

Dated: 2/3/17

   LEONARD N. MALDONADO
   Clerk, U.S. Bankruptcy Court

   VN
   Deputy Clerk Initials

```
                        United States Bankruptcy Court
                          Southern District of Alabama
```

In re:                                                                          Case No. 16-03569-JCO
Christopher Wayne Gartman                                                       Chapter 7
        Debtor                          **CERTIFICATE OF NOTICE**

District/off: 1128-1          User: nixon            Page 1 of 2            Date Rcvd: Feb 03, 2017
                              Form ID: ntcdsm        Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2017.
```
db            +Christopher Wayne Gartman,    2131 Sheffield Court,    Mobile, AL 36693-2905
aty           +Mark Zimlich,   U.S. Bankruptcy Administrator,    113 St. Joseph Street, Box 16,
                Mobile, AL 36602-3625
BA            +Mark S Zimlich,   U.S. Bankruptcy Administrator,    113 St. Joseph Street, Box 16,
                Mobile, AL 36602-3625
cr            +NextGear Capital, Inc.,    ATTN: Kathryn Benfield,    1320 City Center Drive,   Suite 100,
                Carmel, IN 46032-3816
cr            +Westlake Flooring Company d/b/a Westlake Financial,    Engel, Hairston & Johanson, P.C.,
                Attn: Alto Lee Teague, IV,    P.O. Box 11405,    Birmingham, AL 35202-1405
3037407        Alabama Credit Corporation,    116 E 1-65 Service Rd,    Mobile, AL 36607
3037409        Azalea City Credit Union,    22116 Highway 42,    Calvert, AL 36560
3037410        Haverty's,   4013 Airport Blvd,    Mobile, AL 36608-2201
3046195       +Herbert M. Newell, III,    Attorney for NextGear Capital Inc.,    2117 Jack Warner Pkwy, Suite 5,
                Tuscaloosa, Alabama 35401-1093
3037411        Internal Revenue Service,    PO Box 2112,    Philadelphia, PA 19103-0112
3037412        John V. Lee, Esq.,   PO Box 2533,    Mobile, AL 36652-2533
3037413        Manheim Auctions,   6325 Peachtree Dunwoody Rd,    Atlanta, GA 30328-4545
3051118       +Navigator Credit Union,    P.O. Box 1647,    Pascagoula, MS 39568-1647
3037414        Navigator Credit Union,    2721 Jersey St,    Pascagoula, MS 39568
3037416        Nextgear Capital,   1320 City Center Dr Ste 100,    Carmel, IN 46032-3816
3037417        Parkside @ Cottage Hill Apartments,    3220 Cottage Hill Rd,    Mobile, AL 36606-3026
3037420        United Auto Credit,   4054 Willow Lake Blvd Ste 2071,    Memphis, TN 38118-7045
3037421        Wells Fargo Bank,   2745 Government Blvd,    Mobile, AL 36606-2618
3057562       +Westlake Flooring Company dba,    Westlake Financial Services,
                c/o Engel, Hairston & Johanson, P.C.,    P.O. Box 11405,    Birmingham, AL 35202-1405
3037422        Westlake Flooring Services,    4751 Wilshire Blvd Ste 100,    Los Angeles, CA 90010-3847
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QDILITTLETON.COM Feb 04 2017 02:28:00      Denise I. Littleton,
                312-T Schillinger Road S., Box 415,   Mobile, AL 36608-5000
3037406        E-mail/Text: amscbankruptcy@adt.com Feb 04 2017 02:37:59      ADT,   3190 S Vaughn Way,
                Aurora, CO 80014-3512
3037408        EDI: HNDA.COM Feb 04 2017 02:28:00      American Honda Finance,   PO Box 105027,
                Atlanta, GA 30348-5027
3037415        E-mail/Text: collections@newhcu.org Feb 04 2017 02:37:56      New Horizons Credit Union,
                1610 Government St,   Mobile, AL 36604-1102
3037418       +E-mail/Text: bankruptcy@regionalmanagement.com Feb 04 2017 02:37:05      Regional Finance,
                6345 Airport Blvd,   Mobile, AL 36608-3127
3037419        EDI: ALDEPREV.COM Feb 04 2017 02:28:00      State of Alabama Dept of Revenue,   50 N Ripley St,
                Montgomery, AL 36130-1001
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            Navigator Credit Union,    P.O. Box 1647,    Pascagoula, MS 39568-1647
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 3, 2017 at the address(es) listed below:
              Alto Lee Teague    on behalf of Creditor    Westlake Flooring Company d/b/a Westlake Financial
                Services LTeague@EHJLAW.com
              Denise I. Littleton    diltrustee@bellsouth.net, dlittleton@ecf.epiqsystems.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Herbert M. Newell, III   on behalf of Creditor   NextGear Capital, Inc. hnewell@newell-law.com, bnewton@newell-law.com;jlayne@newell-law.com
         Mark   Zimlich   on behalf of BK Administrator Mark S Zimlich mark_zimlich@alsba.uscourts.gov
         Mark S Zimlich   mark_zimlich@alsba.uscourts.gov
         Mary Elizabeth Snow   on behalf of Debtor 1 Christopher Wayne Gartman me_snow@bellsouth.net, G25472@notify.cincompass.com
         William M. Doyle   on behalf of Creditor   Navigator Credit Union doylewilliam@bellsouth.net, kbbackup@bellsouth.net

                                                                                      TOTAL: 7