IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| IN RE: | * | |
|---|---|---|
| CHRISTOPHER WAYNE GARTMAN | * | CASE NUMBER |
| Debtor. | * | 16-03569-JCO-7 |
| | * | |

ORDER

This matter having come before the Court on the Motion to Dismiss filed by the U.S. Bankruptcy Administrator for the Southern District of Alabama (doc. 26), and notice having been given, and a hearing held on January 31, 2017, and W. Alexander Gray Jr. having appeared for the Bankruptcy Administrator, and Denise I. Littleton appearing as Trustee, and no one having appeared for the Debtor, and the Court finding that Debtor's failure to appear on numerous occasions for his 341 meeting of creditors constitutes cause for dismissal of this case, it is hereby ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss (doc. 26) is GRANTED, and pursuant to 11 U.S.C. 707(a)(1) & (3), and this case is dismissed with no injunction.

Dated: February 3, 2017

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE

```
                              United States Bankruptcy Court
                              Southern District of Alabama
```

In re:                                                                    Case No. 16-03569-JCO
Christopher Wayne Gartman                                                 Chapter 7
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 1128-1           User: nixon                  Page 1 of 1                  Date Rcvd: Feb 03, 2017
                               Form ID: pdfodsm             Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2017.
db             +Christopher Wayne Gartman,    2131 Sheffield Court,    Mobile, AL 36693-2905
cr              Navigator Credit Union,    P.O. Box 1647,    Pascagoula, MS 39568-1647
cr             +NextGear Capital, Inc.,    ATTN: Kathryn Benfield,    1320 City Center Drive,   Suite 100,
                 Carmel, IN 46032-3816
cr             +Westlake Flooring Company d/b/a Westlake Financial,    Engel, Hairston & Johanson, P.C.,
                 Attn: Alto Lee Teague, IV,    P.O. Box 11405,    Birmingham, AL 35202-1405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 3, 2017 at the address(es) listed below:
              Alto Lee Teague    on behalf of Creditor    Westlake Flooring Company d/b/a Westlake Financial
               Services LTeague@EHJLAW.com
              Denise I. Littleton    diltrustee@bellsouth.net, dlittleton@ecf.epiqsystems.com
              Herbert M. Newell, III    on behalf of Creditor    NextGear Capital, Inc. hnewell@newell-law.com,
               bnewton@newell-law.com;jlayne@newell-law.com
              Mark   Zimlich    on behalf of BK Administrator Mark S Zimlich mark_zimlich@alsba.uscourts.gov
              Mark S Zimlich    mark_zimlich@alsba.uscourts.gov
              Mary Elizabeth Snow    on behalf of Debtor 1 Christopher Wayne Gartman me_snow@bellsouth.net,
               G25472@notify.cincompass.com
              William M. Doyle    on behalf of Creditor    Navigator Credit Union doylewilliam@bellsouth.net,
               kbbackup@bellsouth.net
                                                                                              TOTAL: 7