Form B2710 (12/15)

# United States Bankruptcy Court

Southern District of Alabama

**Case No. 16–03569**
Chapter 7

In re:

Christopher Wayne Gartman
dba DDR Motors
2131 Sheffield Court
Mobile, AL 36693

Social Security No.:
xxx–xx–6193

## *FINAL DECREE*

The estate of the above named debtor has been fully administered. Denise I. Littleton is discharged as trustee of the estate of the above−named debtor and the bond is cancelled:

The Chapter 7 case of the above named debtor is closed; and the surety or sureties on said bond be, and they hereby are released further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

Dated: 5/4/17

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE

*Set forth all names, including trade names, used by the debtor within the last 6 years. (Fed. R. Bankr. P. 1005). For joint debtors set forth both social security numbers.

In re:                                                                   Case No. 16-03569-JCO
Christopher Wayne Gartman                                                Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 1128-1          User: holmes          Page 1 of 2          Date Rcvd: May 04, 2017
                      Form ID: 2710          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2017.
```
db             +Christopher Wayne Gartman,    2131 Sheffield Court,    Mobile, AL 36693-2905
cr             +NextGear Capital, Inc.,    ATTN: Kathryn Benfield,    1320 City Center Drive,   Suite 100,
                 Carmel, IN 46032-3816
cr             +Westlake Flooring Company d/b/a Westlake Financial,    Engel, Hairston & Johanson, P.C.,
                 Attn: Alto Lee Teague, IV,    P.O. Box 11405,    Birmingham, AL 35202-1405
3037407         Alabama Credit Corporation,    116 E 1-65 Service Rd,    Mobile, AL 36607
3037409         Azalea City Credit Union,    22116 Highway 42,    Calvert, AL 36560
3037410         Haverty's,    4013 Airport Blvd,    Mobile, AL 36608-2201
3046195        +Herbert M. Newell, III,    Attorney for NextGear Capital Inc.,    2117 Jack Warner Pkwy, Suite 5,
                 Tuscaloosa, Alabama 35401-1093
3037411         Internal Revenue Service,    PO Box 2112,    Philadelphia, PA 19103-0112
3037412         John V. Lee, Esq.,    PO Box 2533,    Mobile, AL 36652-2533
3037413         Manheim Auctions,    6325 Peachtree Dunwoody Rd,    Atlanta, GA 30328-4545
3051118        +Navigator Credit Union,    P.O. Box 1647,    Pascagoula, MS 39568-1647
3037414         Navigator Credit Union,    2721 Jersey St,    Pascagoula, MS 39568
3037416         Nextgear Capital,    1320 City Center Dr Ste 100,    Carmel, IN 46032-3816
3037417         Parkside @ Cottage Hill Apartments,    3220 Cottage Hill Rd,    Mobile, AL 36606-3026
3037420         United Auto Credit,    4054 Willow Lake Blvd Ste 2071,    Memphis, TN 38118-7045
3037421         Wells Fargo Bank,    2745 Government Blvd,    Mobile, AL 36606-2618
3057562        +Westlake Flooring Company dba,    Westlake Financial Services,
                 c/o Engel, Hairston & Johanson, P.C.,    P.O. Box 11405,    Birmingham, AL 35202-1405
3037422         Westlake Flooring Services,    4751 Wilshire Blvd Ste 100,    Los Angeles, CA 90010-3847
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
3037406         E-mail/Text: amscbankruptcy@adt.com May 05 2017 01:42:46      ADT,    3190 S Vaughn Way,
                 Aurora, CO 80014-3512
3037408         E-mail/Text: ebnbankruptcy@ahm.honda.com May 05 2017 01:42:25      American Honda Finance,
                 PO Box 105027,    Atlanta, GA 30348-5027
3037415         E-mail/Text: collections@newhcu.org May 05 2017 01:42:44      New Horizons Credit Union,
                 1610 Government St,    Mobile, AL 36604-1102
3037418        +E-mail/Text: bankruptcy@regionalmanagement.com May 05 2017 01:41:57      Regional Finance,
                 6345 Airport Blvd,    Mobile, AL 36608-3127
3037419         E-mail/Text: bankruptcy@revenue.alabama.gov May 05 2017 01:42:43
                 State of Alabama Dept of Revenue,    50 N Ripley St,    Montgomery, AL 36130-1001
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Navigator Credit Union,    P.O. Box 1647,    Pascagoula, MS 39568-1647
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2017 at the address(es) listed below:
```
              Alto Lee Teague    on behalf of Creditor    Westlake Flooring Company d/b/a Westlake Financial
               Services LTeague@EHJLAW.com
              Denise I. Littleton    diltrustee@bellsouth.net, dlittleton@ecf.epiqsystems.com
              Herbert M. Newell, III    on behalf of Creditor    NextGear Capital, Inc. hnewell@newell-law.com,
               bnewton@newell-law.com;jlayne@newell-law.com
              Mark Zimlich    on behalf of BK Administrator Mark S Zimlich mark_zimlich@alsba.uscourts.gov
              Mark S Zimlich    mark_zimlich@alsba.uscourts.gov
              Mary Elizabeth Snow    on behalf of Debtor 1 Christopher Wayne Gartman me_snow@bellsouth.net,
               G25472@notify.cincompass.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          William M. Doyle   on behalf of Creditor   Navigator Credit Union doylewilliam@bellsouth.net, kbbackup@bellsouth.net

                                                      TOTAL: 7